JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Email: richard.colonna@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOLENE SISSON, individually,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE; DOE DRIVER, individually; DOES I through X, inclusive; ROE CORPORATIONS XI through XX, inclusive;<br><br>Defendants. | Case No. 2:24-cv-00163-APG-BNW<br><br>**Stipulation and Order**<br><br>**(First Request)** |

Following the United States' removal of this case from Nevada state court, the parties hereby stipulate to extend the time for the United States to file an Answer or otherwise respond to Plaintiff's Complaint to February 23, 2024, which is 30 days from the initial Answer deadline.

This extension will allow undersigned counsel adequate time to receive and review any file materials or information from the client agency, the United States Postal Office.

Undersigned defense counsel has consulted with Plaintiff's counsel, Mr. Zeppenfeld, who advises that he does not object to the request for extension requested herein.

For the above reasons, Defendant United States respectfully requests this extension of time, to February 23, 2024, to file an Answer or otherwise respond to Plaintiff's Complaint.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 25th day of January 2024.

| | |
|---|---|
| VEGAS VALLEY INJURY LAW | JASON M. FRIERSON<br>United States Attorney |
| /s/Kris T. Zeppenfeld<br>KRIS T. ZEPPENFELD, ESQ.<br>Nevada Bar No. 12144<br>710 South 7th Street<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | /s/ R. Thomas Colonna<br>R. THOMAS COLONNA<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite1100<br>Las Vegas, Nevada 89101 |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED:  1/26/2024

2