VEGAS VALLEY INJURY LAW
KRISTOPHER T. ZEPPENFELD, ESQ. (12144)
kz@vegasvalleylaw.com
GARRETT B. LOGAN, ESQ. (15063)
gbl@vegasvalleylaw.com
710 South Seventh Street, Suite C
Las Vegas, Nevada 89101
Tel: (702) 444-5555
Fax: (725) 800-7227
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOLENE SISSON, individually;<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; DOE DRIVER, individually; DOES I through X, inclusive; ROE CORPORATIONS XI through XX, inclusive;<br><br>Defendant. | Case No. 2:24-cv-00163-APG-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

COMES NOW, Plaintiff JOLENE SISSON, by and through her counsel, Kristopher T. Zeppenfeld, Esq., of Vegas Valley Injury Law, and THE UNITED STATES OF AMERICA, by and through its counsel, Assistant United States Attorneys Summer A. Johnson and Virginia T. Tomova, who hereby stipulate to dismiss as follows:

1. That the case shall be dismissed with prejudice, with the Parties to bear their own individual costs and attorneys' fees.

/ / /

/ / /

/ / /

2. That the trial scheduled in this matter and all associated dates shall be **VACATED**.

**THE FOREGOING IS HEREBY STIPULATED TO AND AGREED.**

DATED this 17th day of September 2025.

| VEGAS VALLEY INJURY LAW | SIGAL CHATTAH<br>Acting United States Attorney |
|---|---|
| /s/ Kristopher T. Zeppenfeld<br>_____<br>Kristopher T. Zeppenfeld, Esq. (12144)<br>710 South Seventh Street, Suite C<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | /s/ Virginia T. Tomova<br>_____<br>Virginia T. Tomova, Esq.<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite1100<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* |

### ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the case be dismissed, with prejudice, with the Parties to bear their own individual costs and attorneys' fees; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the trial scheduled in this matter and all associated dates shall be **VACATED.**

IT IS SO ORDERED:

Dated: September 18, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

VEGAS VALLEY INJURY LAW

*/s/ Kristopher T. Zeppenfeld*
KRISTOPHER T. ZEPPENFELD, ESQ. (12144)
Garrett B. Logan, Esq. (15063)
710 South Seventh Street, Suite C
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*